IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA MAYHUE, <br><br> Plaintiff, <br><br> vs. <br><br> TAMAQUI VILLAGE, INC, <br><br> Defendant. | Civil Action No. 2:14-cv-470 <br><br> FILED ELECTRONICALLY |

### Order

AND NOW, this ___22nd___ day of ___April___, 2015, it is hereby ordered that the Defendant, Tamaqui Village, Inc., by and through its counsel Eugene Martucci, provide answers to the Plaintiff's Interrogatories and Request for the Production of Documents within 10 days of the date of this order.

BY THE COURT

*Maurice B. Cohill, Jr.*

District Judge Maurice Cohill